■ JOSEPH MONTESANO, Individually and as President of Rochester Firefighters, Inc., Local 1071, IAFF, AFL-CIO, as Trustee of Rochester Firefighters Association Mutual Aid Fund and on Behalf of all Other Similarly Situated Individuals Providing Fire Protection to City of Rochester, et al., Respondents, v FLOYD A. MADISON, as Chief of Fire Department of City of Rochester and as Administrator of Firefighters' Insurance Fund of City of Rochester, et al., Appellants. (Appeal No. 2.) [916 NYS2d 870]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered April 26, 2010. The order granted in part the motion of plaintiffs for contempt and sanctions and awarded plaintiffs legal fees in the amount of $17,541.85.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Montesano v Madison* (81 AD3d 1412 [2011]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.